UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                Plaintiff,

      v.

WAL-MART STORES, INC.,

                Defendant.

_____/

CIVIL ACTION NO.
8:04-CV-01862-SDM-MSS

### JOINT NOTICE OF SETTLEMENT OF EEOC'S CLAIMS AGAINST DEFENDANT WAL-MART STORES, INC.

Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or the "Commission"), and Defendant, Wal-Mart Stores, Inc., by and through their undersigned counsel, hereby give notice that the parties have reached a monetary resolution of EEOC's claims against Wal-Mart Stores, Inc., pending final agreement on the specific terms of the Consent Decree.  The parties anticipate finalizing all the terms of the Consent Decree within (10) days from this notice. Immediately upon execution of the Consent Decree, EEOC will file the Consent Decree with the Court for its approval.

Dated: March 29, 2006

Respectfully submitted,

JAMES LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

DELNER FRANKLIN THOMAS

Regional Attorney


/s/ Carla J. Von Greiff
CARLA J. VON GREIFF
Florida Bar No. 0110566
Senior Trial Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
501 East Polk Street, Suite 1000
Tampa, Florida 33602
Tel. (813) 202-7903
Fax (813) 228-2045

/s/Peter Reed Corbin [1]
PETER REED CORBIN
Ford & Harrison LLP
225 Water Street, Suite 710
Jacksonville, Fl 32202
Telephone: (904) 357-2002
Facsimile:  (904) 357-2001

---

[1]  Mr. Corbin has authorized Ms. Von Greiff to use his CM/ECF signature for the filing of this joint notice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served

by Notice of Electronic Filing to Peter Reed Corbin, Law Offices of  Ford & Harrison LLP., 225

Water Street, Suite 710, Jacksonville, Fl 32202, this 29th day of March, 2006.


/s/ Carla J. Von Greiff
Carla Von Greiff