UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                      Case No. 8:04-cv-1862-T-23MSS

WAL-MART STORES, INC.,

    Defendant.
_____/

## O R D E R

In accordance with this court's order (Doc. 63), the parties have filed a second joint motion (Doc. 66-1) for the entry of a consent judgment and a proposed consent judgment (Doc. 66-2). The motion (Doc. 66-1) is **GRANTED** and the terms of the proposed consent judgment (Doc. 66-2) are **ADOPTED**. The court orders the defendant to comply with the terms of the proposed consent judgment, which is incorporated by reference and attached to this order. The Court declines to retain jurisdiction in this action, except to the extent necessary to enforce the consent judgment. The Clerk is directed to (1) terminate any pending motions and (2) close the file.

ORDERED in Tampa, Florida, on August 31, 2006.

                                                                       STEVEN D. MERRYDAY
                                                                  UNITED STATES DISTRICT JUDGE

cc:    U.S. Magistrate Judge
         Courtroom Deputy

Attachment